NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

     v.                                              Case No. 2:26-cr-019-1

Jose Ignacio De La Cruz De La Rosa

TAKE NOTICE that the above-entitled case is scheduled for Thursday, March 26, 2026, at 3:00 p.m., in Burlington, Vermont, before the Honorable Christina Reiss, Chief District Judge, for an Initial Appearance and Arraignment.

Location:  Courtroom 510

JEFFREY S. EATON, Clerk
By: */s/ Todd LeBlanc*
Deputy Clerk
3/26/2026

TO:

Joshua Banker, AUSA

Office of the Federal Public Defender

Interpreter – Maria Jakobeit