

U.S. BORDER PATROL SWANTON SECTOR
# SECTOR INTELLIGENCE UNIT



## REPORT OF INVESTIGATION

| Case Number: | Title: |
|---|---|
| RIB███████ | DELACRUZ Voice Message Transcription - April 27, 2025 |

### Synopsis

1. On April 27, 2025, at 3:00 PM, Jose Ignacio Delacruz Delarosa ("DELACRUZ") sent ███████ ███ a voice message in WhatsApp.

2. Below is transcription of the voice message translated from Spanish to English.

### Transcription

3. Well, I tell you the truth, I feel very sad, the same man. I feel like shit, this was not achieved, this has never happened, so I feel like shit too. It had never happened before, I have never had a defeat before, and like they say, it feels terrible. I don't even want to talk to you other business but oh well, I just received a message from a guy/dude from Mexico, the same as always he brings me people and bring them always to New Jersey and brings them from Mexico, from Mexico to New Jersey and he brings them for me for $2,000 pesos but it's like $10,000 dollars to New Jersey and then I go look for them but over there I don't pay anything dude until they arrived on this side, after they cross the border and they arrive over here in New Mexico or on the New Mexico side. Once they crossed the border, I pay half, then the other half when I pick them up in New Jersey, but I don't pay anything over there. Well then, in case you are interested let me know, I'm telling you we are not going to pay anything, we are not going to lose anything. But all the business has been the same, with that guy. Has always done them the same through Mexico without having to pay anything until they arrive here in McAllen or New Mexico because they cross through McAllen or New Mexico and he just told me that they only walk 20 minutes, from 10 to 20 minutes' walk and they don't cross any rivers and don't cross the wall, only walking they just walk for a bit and a friend picks them up and takes them to New Mexico or McAllen. Let me know dude.

GOVERNMENT EXHIBIT

PENGAD 800-631-6989

Agent:  Margaret Gonzalez
Title:  Border Patrol Agent

Page 1 of 1

Date: 03/17/2026