UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT


UNITED STATES OF AMERICA,    )
      Plaintiff,             )
          v.               )
                          )    Case No. 2:26-cr-019-1
JOSE IGNACIO DE LA CRUZ DE LA ROSA,  )
      Defendant.         )

<u>NOTICE OF APPEARANCE</u>

NOW COMES Alejandro Fernandez who hereby enters his appearance for the Office of

the Federal Public Defender by and on behalf of the above-named defendant, Jose Ignacio De La

Cruz De La Rosa.


Dated:    March 31, 2026


By:    */s/ Alejandro Fernandez*
       Alejandro Fernandez
       Federal Public Defender
       Office of the Federal Public Defender
       District of Vermont
       95 Pine Street Suite 150
       Burlington, VT 50401
       (802) 862-6990
       Fax: (802) 862-7836
       Email: Alejandro_Fernandez@fd.org
       Counsel for Jose Ignacio De La Cruz De La
       Rosa