AO 199A (Rev. 06/19) Order Setting Conditions of Release
AO 199A S (Rev. 06/19) Orden para Establecer las Condiciones de Libertad Provisional (Traducción de 03/17)

2:26-cr-00019-cr   Document 31   Filed 04/02/26   Page 1 of 7

Page 1 of 7 Pages
Página 1 de 7 páginas

**NOTE:** This form must be completed in English.
**NOTA:** Este formulario se debe llenar en inglés.

# UNITED STATES DISTRICT COURT
for the
### District of Vermont

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 APR -2 PM 3: 17

CLERK
BY _____ TmL
DEPUTY CLERK

| | |
|---|---|
| United States of America<br>*Estados Unidos de América*<br><br>v.<br><br>Jose Ignacio De La Cruz De La Rosa<br>Defendant<br>*Acusado* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.  2:26-cr-19-1
*Núm. de causa*

## ORDER SETTING CONDITIONS OF RELEASE
## *ORDEN PARA ESTABLECER LAS CONDICIONES DE LIBERTAD PROVISIONAL*

IT IS ORDERED that the defendant's release is subject to these conditions:
*SE ORDENA que la libertad provisional del acusado esté sujeta a las siguientes condiciones:*

(1)   The defendant must not violate federal, state, or local law while on release.
*El acusado no debe infringir ninguna ley federal, estatal o local mientras se encuentre bajo libertad provisional.*

(2)   The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.
*El acusado debe cooperar en la toma de una muestra de ADN si lo autoriza la sección 40702 del título 34 del Código de los Estados Unidos.*

(3)   The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.
*El acusado debe informar por escrito al tribunal o a la oficina de servicios previos al juicio o al oficial supervisor antes de cambiar de residencia o número de teléfono.*

(4)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.
*El acusado debe comparecer en el tribunal conforme a lo que se le exija y, en caso de ser declarado culpable, debe entregarse de acuerdo con lo que se le ordene para cumplir cualquier pena que el juez le imponga.*

The defendant must appear at:
*El acusado debe comparecer en:*

_____

Place
*Lugar*

on: _____
*el día*

Date and Time
*Fecha y hora*

If blank, defendant will be notified of next appearance.
*Si lo anterior aparece en blanco, al acusado se le avisará de su próxima comparecencia.*

(5)   The defendant must sign an Appearance Bond, if ordered.  Unsecured Appearance Bond in amount of $5000.
*Si se le ordena, el acusado debe firmar una Fianza de Comparecencia. Fianza de comparecencia no garantizada por la suma de $5,000.*

AO 199A (Rev. 06/19) Order Setting Conditions of Release   (Translation 3/17)
*AO 199A S (Rev. 06/19) Orden para Establecer las Condiciones de Libertad Provisional (Traducción de 03/17)*

This form does not replace the need for an interpreter, any colloquies mandated by law, or the responsibility of court and counsel to ensure that persons with limited English proficiency fully comprehend their rights and obligations.

*Este documento no sustituye el uso de un intérprete ni los coloquios judiciales exigidos por la ley. Tampoco sustituye la responsabilidad del juez y los abogados de asegurarse de que las personas cuya comprensión del idioma inglés sea limitada entiendan por completo sus derechos y obligaciones.*

This document has not been officially approved by the Administrative Office or the Judicial Conference of the United States.
*Este documento no ha sido aprobado oficialmente por la Oficina Administrativa ni por la Conferencia Judicial de los Estados Unidos.*

**NOTE:** This form must be completed in English.
*NOTA: Este formulario se debe llenar en inglés.*

## ADDITIONAL CONDITIONS OF RELEASE
## *CONDICIONES ADICIONALES DE LIBERTAD PROVISIONAL*

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.
*De conformidad con 18 U.S.C. § 3142(c)(1)(B), el tribunal puede imponer las siguientes condiciones menos restrictivas solo según sea necesario para garantizar razonablemente la apariencia de la persona requerida y la seguridad de cualquier otra persona y la comunidad.*

    IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:
    *SE ORDENA, ADEMÁS, que la libertad provisional del acusado esté sujeta a las condiciones que se marcan a continuación:*

☐ (6) The defendant is placed in the custody of:
      *El acusado queda bajo la custodia de:*

      Person or organization
      *Persona u organización* _____

      Address (only if above is an organization)
      *Dirección (únicamente si arriba se indica una organización)* _____

      City and State                   Tel. No.
      *Ciudad y estado* _____ *Núm. de tel.* _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.
*quien se compromete a (a) supervisar al acusado, (b) hacer todos los esfuerzos a su alcance para asegurar la comparecencia del acusado en todos los procedimientos judiciales, y (c) notificarle inmediatamente al tribunal si el acusado no cumple alguna de las condiciones de su libertad provisional o si ya no se encuentra bajo el resguardo del custodio.*

                               Signed:
                          *Firmado por:* _____    _____
                                             Custodian          Date
                                             *Custodio*          *Fecha*

☑ (7) The defendant must
      *El acusado debe:*

      ☑ (a) submit to supervision by and report for supervision to:    U.S. Probation Office, District of Vermont
              *someterse a supervisión y reportarse para ser supervisado por:*

              telephone number    (802) 652-3000         , no later than     as directed.
              *número de teléfono*                           *, a más tardar*     *como se indica.*

      ☐ (b) continue or actively seek employment.
              *continuar trabajando o buscar trabajo de manera activa.*

      ☐ (c) continue or start an education program.
              *continuar estudiando o iniciar un programa educativo.*

      ☑ (d) surrender any passport to:    U.S. District Court Clerk, District of Vermont
              *entregar todo pasaporte a:*

      ☑ (e) not obtain a passport or other international travel document.
              *no obtener un pasaporte ni ningún otro documento para viajar al extranjero.*

      ☑ (f) abide by the following restrictions on personal association, residence, or travel:
              *cumplir con las siguientes restricciones en cuanto a sus asociaciones personales, residencia o viajes:*
              Travel is restricted to Vermont; all other travel must be approved in advance by Pretrial Services. Maintain a residence as approved by Pretrial Services.
              *Los viajes se restringen al estado de Vermont; cualquier otro viaje debe ser aprobado previamente por los Servicios Previos al Juicio. Debe mantener una residencia aprobada por los Servicios Previos al Juicio.*

      ☑ (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: government identified witnesses and codefendants
              *evitar todo contacto, directo o indirecto, con cualquier persona que sea o pueda ser víctima o testigo en la investigación o en el proceso, incluyendo: el gobierno identificó a los testigos y al coacusado*

      ☐ (h) get medical or psychiatric treatment: as directed by Pretrial Services or supervising officer.
              *obtener tratamiento médico o psiquiátrico: según las indicaciones de los Servicios Previos al Juicio o el oficial supervisor.*

☐ (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling,
*regresar a custodia cada _____ a la(s) _____ luego de salir en libertad a la(s) _____ para trabajar, estudiar*
or the following purposes:
*o para los siguientes propósitos:* _____

☐ (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
*mantener residencia en un hogar de readaptación social (halfway house) o centro correccional comunitario, según lo considere necesario la oficina de servicios previos al juicio o el oficial supervisor.*

☑ (k) not possess a firearm, destructive device, or other weapon.
*no poseer armas de fuego, artefactos destructivos u otras armas.*

☐ (l) not use alcohol ☐ at all ☐ excessively.
*no consumir alcohol en absoluto de modo excesivo.*

☑ (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
*no consumir ni tener en su poder estupefacientes u otras sustancias controladas de manera ilícita según se definen en la sección 802 del título 21 del Código de los Estados Unidos, a no ser que sean recetadas por un médico con licencia.*

☑ (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, wearing a sweat patch, submitting to a breathalyzer, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of substance screening or testing of prohibited substances.
*someterse a una prueba de detección de sustancias prohibidas si así lo requiere la oficina de servicios previos al juicio o el oficial supervisor. Las pruebas pueden realizarse con una frecuencia aleatoria e incluir análisis de orina, el uso de un parche de sudor, la prueba de alcoholemia o cualquier otra forma de detección o prueba de sustancias prohibidas. El acusado no debe obstruir, intentar obstruir ni alterar la eficiencia ni la precisión de la detección o prueba de sustancias prohibidas.*

☐ (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
*participar, ya sea internado o de manera ambulatoria, en un programa de terapia y asesoramiento contra el abuso de sustancias si la oficina de servicios previos al juicio o el oficial supervisor lo ordena.*

☑ (p) participate in one of the following location restriction programs and comply with its requirements, as directed.
*participar en uno de los siguientes programas de restricción de ubicación y cumplir con sus requisitos, según se indique.*

☐ (i) **Curfew.** You are restricted to your residence every day ☐ from _____ or ☐ as directed by pretrial services office or supervising officer; or
**Hora límite.** *Debe permanecer en su residencia todos los días* ☐ *de _____ o* ☐ *según lo indique la oficina de servicios previos al juicio o el oficial supervisor; o*

☐ (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
**Arresto domiciliario.** *Debe permanecer en su residencia en todo momento salvo por motivos de trabajo, estudios, servicios religiosos, tratamiento médico, de salud mental o por abuso de sustancias, visitas a su abogado, comparecencias en el tribunal, obligaciones impuestas por orden judicial, o cualquier otra actividad aprobada por adelantado por la oficina de servicios previos al juicio o el oficial supervisor; o*

☐ (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or
**Reclusión domiciliaria.** *Debe permanecer recluido en su residencia las 24 horas del día salvo por alguna necesidad médica, comparecencia en el tribunal o alguna otra actividad aprobada específicamente por el juez; o*

☑ (iv) **Stand-Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
**Note:** Stand-Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.
**Supervisión independiente.** *No tiene toque de queda residencial, detención domiciliaria o restricciones de encarcelamiento domiciliario. Sin embargo, debe cumplir con las restricciones de ubicación o viaje impuestas por el tribunal.* **Nota:** *El monitoreo independiente debe usarse junto con la tecnología del sistema de posicionamiento global (GPS).*

AO 199B (Rev. 11/24) Additional Conditions of Release  (Translation 3/17)
*AO 199B S (Rev. 11/24) Condiciones adicionales de liberación (Traducción de 03/17)*

☑ (q) submit to the following location monitoring technology and comply with its requirements as directed:
*someterse a la siguiente tecnología de monitoreo de ubicación y cumplir con sus requisitos como se indica:*

    ☑ (i) Location monitoring technology as directed by the pretrial services office or supervising officer; or
*Tecnología de monitoreo de ubicación según lo disponga la oficina de servicios previos al juicio o el funcionario supervisor; o*

    ☐ (ii) Voice Recognition; or
*reconocimiento de voz; o*

    ☐ (iii) Radio Frequency; or
*frecuencia de radio; o*

    ☐ (iv) GPS.
*GPS.*

☑ (r) pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services office or supervising officer.
*Pagar la totalidad o parte del costo del monitoreo de ubicación, con base en su capacidad de pago, según lo determine la oficina de servicios previos al juicio o el oficial supervisor.*

☑ (s) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
*dar aviso cuanto antes a la oficina de servicios previos al juicio o al oficial supervisor de todo contacto con personal del orden público, incluyendo arrestos, interrogatorios o paradas de tránsito.*

☑ (t) maintain contact with attorney.
*mantener contacto con la abogada.*

☐ (u) _____

☐ (v) _____

<div style="border:1px solid">

This form does not replace the need for an interpreter, any colloquies mandated by law, or the responsibility of court and counsel to ensure that persons with limited English proficiency fully comprehend their rights and obligations.

*Este documento no sustituye el uso de un intérprete ni los coloquios judiciales exigidos por la ley. Tampoco sustituye la responsabilidad del juez y los abogados de asegurarse de que las personas cuya comprensión del idioma inglés sea limitada entiendan por completo sus derechos y obligaciones.*

</div>

This document has not been officially approved by the Administrative Office or the Judicial Conference of the United States.
*Este documento no ha sido aprobado oficialmente por la Oficina Administrativa ni por la Conferencia Judicial de los Estados Unidos.*

AO 199C (Rev. 09/08) Advice of Penalties (Translation 3/17)
*AO 199C S (Rev. 09/08) Consejo de sanciones (Traducción de 03/17)*

Page 6 of 7 Pages
*Página 6 de 7 páginas*

**NOTE:** This form must be completed in English
*NOTA: Este formulario se debe completar en inglés*

## ADVICE OF PENALTIES AND SANCTIONS
### *ADVERTENCIA SOBRE PENALIDADES Y SANCIONES*

TO THE DEFENDANT:
*AL ACUSADO:*

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:
*SE LE INFORMA DE LAS SIGUIENTES PENALIDADES Y SANCIONES:*

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

*El incumplimiento de cualquiera de las condiciones de libertad indicadas anteriormente podría resultar en la libertad inmediata de una orden de arresto contra su persona, la revocación de su libertad, una orden de detención, la confiscación de cualquier fianza, y un proceso penal por desacato, lo cual podría resultar en una sanción de encarcelamiento, una multa, o ambas cosas.*

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i.e., in addition to) to any other sentence you receive.

*Si estando en libertad provisional comete un delito federal la sanción es una reclusión adicional máxima de diez años si el delito es mayor; o un año máximo si el delito es menor. Esta condena será consecutiva (i.e., adicional) a cualquier otra condena que se le imponga.*

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

*La obstrucción de una investigación penal, interferencia con un testigo, víctima o informante; tomar represalias o intentar tomar represalias contra un testigo, víctima o informante; intimidar o intentar intimidar a un testigo, víctima o informante, o a un oficial del tribunal, son delitos punibles con un máximo de 10 años de reclusión y una multa de $250,000 o ambas cosas. Las penalidades por interferir, tomar represalias, o intimidar son significativamente más severas si media un asesinato o tentativa de asesinato.*

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

*Si al ser excarcelado, a sabiendas deja usted de comparecer como se lo requieren sus condiciones de libertad provisional, o de entregarse para cumplir condena, se le podrá procesar por nocomparecer o no entregarse y se le podrá imponer un castigo adicional. Si se le encuentra culpable de:*

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more—you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
*un delito punible con pena de muerte, cadena perpetua, o reclusión por un término de quince años o más – se le impondrá una multa no mayor de $250,000 o un máximo de diez años de reclusión, o ambas cosas;*

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years—you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
*un delito punible con cinco años o más de reclusión, pero menos de quince años – se le impondrá una multa no mayor de $250,000 o más de cinco años de reclusión, o ambas cosas;*

(3) any other felony—you will be fined not more than $250,000 or imprisoned not more than two years, or both;
*cualquier otro delito grave – se le impondrá una multa no mayor de $250,000 o un máximo de dos años de reclusión, o ambas cosas;*

(4) a misdemeanor—you will be fined not more than $100,000 or imprisoned not more than one year, or both.
*un delito menor——e le impondrá una multa no mayor de $100,000 o un máximo de un año de reclusión, o ambas cosas.*

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

*La sanción de reclusión que se imponga por incomparecencia o no entregarse será consecutiva a cualquier otra condena que se le imponga. Además, de no comparecer o entregarse se le podrá confiscar cualquier fianza que haya prestado.*

AO 199C (Rev. 09/08) Advice of Penalties (Translation 3/17)
*AO 199C S (Rev. 09/08) Consejo de sanciones (Traducción de 03/17)*

## Acknowledgment of the Defendant
### *Aceptación del Acusado*

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

*Acepto que soy el acusado en esta causa y que tengo conocimiento de las condiciones de mi excarcelación. Prometo obedecer todas las condiciones de mi excarcelación, comparecer como se me indique, y entregarme para cumplir la sentencia que se me imponga. Tengo conocimiento de las penalidades y sanciones que se indican arriba.*

_____
Defendant's Signature
*Firma del Acusado*

Burlington, Vermont
_____
City and State
*Ciudad y Estado*

## Directions to the United States Marshal
### *Instrucciones para los Alguaciles Federales*

☑ The defendant is ORDERED released after any necessary processing.
*SE ORDENA la excarcelación del acusado una vez procesado.*

☐ The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions of release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

*SE LE ORDENA a los Alguaciles Federales que mantengan al acusado bajo su custodia hasta que la secretaria del tribunal o el juez les notifique que el acusado ha prestado la fianza y/o cumplido con todas las otras condiciones de su excarcelación. Si el acusado todavía se encuentra bajo custodia/detenido, se habrá de llevar al acusado antes el juez correspondiente a la hora, en la fecha y el lugar que se especifique.*

Date: _____4/2/2026_____
*Fecha:*

_____
Judicial Officer's Signature
*Firma del Oficial Jurídico*

Kevin J. Doyle, U.S. Magistrate Judge
_____
Printed name and title
*Nombre y Cargo del Oficial Jurídico*

This document has not been officially approved by the Administrative Office or the Judicial Conference of the United States.
*Este documento no ha sido aprobado oficialmente por la Oficina Administrativa ni la Conferencia Judicial de los Estados Unidos*