U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 JUN 29 P 3: 22

CLERK

BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

UNITED STATES OF AMERICA,

v.                                                              2:26-cr-00019-cr

JOSE IGNACIO DE LA CRUZ DE LA ROSA

### Order

On June 25, 2026, Jose De La Cruz, through counsel, moved to continue the pretrial motions filing date 60 days from June 24, 2026, to August 24, 2026. This is the first request for an extension of time to file pretrial motions. The government did not oppose this motion.

Though counsel has been diligent in fulfilling his duties, additional time is needed. Recently disclosed discovery requires counsel to engage in further factual and legal research before drafting any necessary motions. Given the seriousness of the available penalties in this case, and the recent legal developments, the continuance is supported by the ends of justice as defined in 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

Mr. De La Cruz consents to the exclusion of the time requested from the speedy trial limits set forth in 18 U.S.C. § 3161. He further recognizes that any

1

additional time granted will be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

The Court, having considered this application, finds that the failure to grant the requested extension would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by taking this action outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Finally, the Court finds that the additional time granted will be, and is, excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A).

Accordingly, the Defendant's Motion is GRANTED. Pretrial motions are to be filed by __August 24__, 2026.


Dated at Burlington, Vermont this _29th_ day of _June_, 2026.


Hon. Christina Reiss, Chief Judge
United States District Court

2