REVISED NOTICE OF HEARING

---

# UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

United States of America

v. Case No. 2:26-cr-19-1

Jose Ignacio De La Cruz De La Rosa

TAKE NOTICE that the above-entitled case has been rescheduled at 03:00 p.m. on Monday, October 26, 2026 in Burlington, Vermont, before the Honorable Christina Reiss, Chief District Judge, for a Hearing on Motion to Suppress Tangible and Digital Evidence (Doc. 49).

Location: Courtroom 510
*RESCHEDULED FROM 10/5/2026 at 1:30 p.m.*

JEFFREY S. EATON, Clerk
By: /s/ Lescha M. Wilder
Deputy Clerk
8/21/2026

TO:

Joshua Banker, AUSA

Alejandro Fernandez, FPD

Johanna Masse, Court Reporter

Maria Jakobeit, Spanish Interpreter