Event No: [redacted]

U.S. Department of Homeland Security

MEMORANDUM OF INVESTIGATION

| File Number | Title: MEMORANDUM OF INVESTIGATION-PARENT | Control Office SWB/RIB |
|---|---|---|

MEMORANDUM OF INVESTIGATION-PARENT
----------------------------------
I, Border Patrol Agent Brandon Parent have been an agent at the Richford Border Station for just over one year. Through that time, I completed the six-month long Border Patrol Academy in Artesia New Mexico where I received training on how to detect suspicious traffic near border areas, including behavioral signs to look for when determining if an individual may be involved in criminal activity. I also underwent extensive field training once back at Richford Station spanning an additional five months. I learned specific knowledge about the area I am tasked with patrolling, such as how to detect Illegal traffic trends as well as detection and apprehension of people and contraband. I was instructed on typical behavior and traffic patterns of human smugglers previously seen across Richford Stations area of responsibility.

On Saturday June 14th, 2025, at approximately 1200 hours, I had just arrived at a pull-off at the intersection of Drew Road and Pinnacle Road in Richford, Vermont and began observing vehicular traffic in an area well-known for cross border human smuggling.  This pull-off directly observes Drew Road. I was parked approximately twenty-five feet from the intersection in my marked Border Patrol vehicle and had clear observation of Drew Road. Drew Road, a rural country road approximately one mile long that dead ends at the international border with Canada

Drew Road has been used by criminal organizations to illegally cross people and contraband into the United States because of the ease of egress from the area via multiple paved roadways that lead away from the border area. The area surrounding Drew Road is extremely rural with only a small number of farms and residences. The topography consists of open expansive agricultural fields, pastures, woods, rivers and brooks. The abundance of open farmland and fields have made Drew Road a favorite for illegal crossings in the past because of the ease of which to travel across the international border into the United States. Normal traffic is light in the area even during rush hour when residents are returning home from work. I often observe traffic on Drew Road and have become accustomed and familiar with the residents of Drew Road, their vehicles they drive and their typical vehicle operations.

Individuals have crossed the international border on foot after being dropped off in Canada and instructed or guided by an experienced foot guide to cross the border at the end of Drew Road and wait for a pick-up vehicle in the United States. Also observed by Richford agents in the past is smuggling organizations using vehicles to drive across the international border in attempts to further avoid detection. Richford agents have placed a limited number of vehicle obstacles at the end of Drew Road however, drive through traffic is still of concern for Richford agents. Historical smuggling events from Drew Road also have involved large capacity passenger vans used to pick up large groups of people who had crossed the international boundary into the United States.

...(CONTINUED ON I-831)

| Investigator | | Date |
|---|---|---|
| Border Patrol Agent | BRANDON T. PARENT | June 16, 2025 |

U.S. Department of Homeland Security — Continuation Page for Form G166C

| Alien's Name | File Number | Date |
|---|---|---|
| | Event No [redacted] | June 16, 2025 |

On Saturday June 14th, 2025, almost immediately upon my arrival at approximately 1202 hours, I observed a gray in color Ford transit van bearing Vermont plate (KRP331) exiting the area on Drew Road traveling south. As previously stated in the past these types of vans have been used by human smuggling organizations to transport individuals away from the border area and have specifically been used on Drew Road as load-up vehicles. Additionally, I know through previous observation that none of the residences on Drew Road have a Ford transit van. Before this encounter I had never observed such vehicles on Drew Road. I also noted that I did not observe any decals or business logos on the vehicle which led me to believe it was privately owned and possibly being used for human smuggling concurrent to past events. Upon observing this vehicle, I noticed both the driver and passenger of the Ford transit van become visibly nervous upon noticing my marked Border Patrol vehicle. From approximately twenty-five feet away, I observed both the driver's and passenger's eyes widen and dart from me back to the roadway. Their bodies became stiff and rigid, both individuals sat up in their seats and the driver's arms and hands appeared clenched and rigid on the steering wheel. All such behaviors are considered furtive movements often seen in subjects engaged in suspicious activity upon noticing law enforcement. The vehicle did not make a complete stop at the end of Drew Road which, in my experience, does not coincide with normal local traffic behavior. Often, driving Drew Road while patrolling the border I have noticed the difficulty firsthand of viewing oncoming traffic to ensure it is safe to pull out when exiting onto Pinnacle Road. Local drivers traveling Drew Road will also come to a complete stop as it is difficult so see oncoming traffic when exiting drew road onto Pinnacle Road even more so in the summer months when the thick roadside vegetation grows up and blocks your view of oncoming traffic. Additionally, locals that reside on Drew Road are generally friendly and supportive to Richford agents and will typically acknowledge agents with a smile, head nod or a wave, these individuals did not. The vehicle failing to stop coupled with stiff and ridged body language and movements made it appear to be in a rush to leave the area after seeing my marked Border Patrol vehicle. My attention was drawn to this transit van for the previously mentioned reasons. The transit van proceeded east down Pinnacle Road at a normal rate of. Both the driver and passenger were wearing plain everyday clothes which did not coincide with what local farm workers would wear. From growing up in the area and patrolling the border I observed farm workers wearing high visibility orange and yellow shirts and sweatshirts for safety around the farm including workers from the Hurtubise farm located at the end of Drew Road. These two individuals did not have high visibility clothes on which lead me to believe they were not farm workers.

I pulled out behind the transit van after approximately 30 seconds to a minute and observed the vehicle traveling into the town of Richford, Vermont. The subjects, upon noticing I had gotten behind them, reduced their speed. The passenger began to look behind them appearing to turn in the seat to look at me and the driver began to look in the side rear view mirror as to see if I was going to continue to follow them. The vehicle made a complete stop at the intersection of River Street and Main Street in Richford, Vermont. At this time, I had believed to have observed additional individuals in the back of the van through the tinted back windows. I could see what I believed to be multiple heads and shoulders sitting in the back seats however it was difficult to observe due to the tinted back windows.

| Signature | Title |
|---|---|
| BRANDON T. PARENT | Border Patrol Agent |

U.S. Department of Homeland Security — Continuation Page for Form G166C

| Alien's Name | File Number | Date |
| --- | --- | --- |
| | Event No [redacted] | June 16, 2025 |

The transit van turned right on Main Street in Richford heading south away from the border area. This is consistent with smuggling organizations historical routes used by load drivers to leave the border area after picking up people who had just crossed the border. This is a favorited route of egress from the border when attempting to blend in with daytime traffic often used by smugglers utilizing Drew Road. I ran vehicle record checks through Swanton Sector dispatch via my service radio on Vermont license plate (KRP331) which was presented on the van. Recent observations by Richford Border Patrol Agents and intelligence from Richford Station intelligence agent suggests that smugglers were beginning to use Vermont license plates on vehicles in an attempt to blend in with traffic. These Vermont license plated however are often not locally registered and are otherwise usually registered out of larger cities in Vermont such as Burlington, Milton, Colchester, Winooski and numerous other cities in Vermont. After approximately one minute Swanton Sector dispatch transmitted the results of these record checks. The checks came back to a 2016 gray Ford transit van registered out of Milton Vermont the registered owner was Jose De La Cruz De La Rosa date of birth 07-01-1995. Milton Vermont is approximately one hour southwest of Richford Vermont. It is out of the ordinary to observe a vehicle registered out of Milton on any border road in Richford, even more so Drew Road which is a dead-end border road, and it is out of the ordinary for individuals to travel Drew Road unless they reside on the road. Additionally, as previously stated I had never observed a Ford transit van at any of the residences on Drew Road.

I followed the transit van south through the town of Richford as it continued onto Vermont Route 105. I passed the Stewarts convenience store and activated my emergency lights to initiate a vehicle stop on Vermont route 105 just south of the Stewarts convenience store at approximately 1207 hours. I radioed Swanton Sector dispatch via my service radio to notify them of the traffic stop and I then approached the vehicle.

Upon approach I observed a driver and passenger in the van and upon closer inspection did not see any additional subjects in the back of the van. The driver rolled his window down approximately three to four inches and refused to roll the window down any further when asked. Through the traffic stop this was an obstacle in communication between agents and the driver. I began conducting my investigation with the driver of the vehicle in the English language which he appeared to understand as I had heard him speaking English. Shortly after I identified myself in English as a Border Patrol Agent and asked for his driver license the driver asked if I spoke any Spanish, I instructed that I spoke a small amount of Spanish I had learned in the United States Border Patrol Academy. Immediately the driver began only speaking Spanish. I asked for his driver's license in both the English and Spanish languages to which he refused to provide. I also asked the driver of what country he was a citizen of and if he had immigration documents to be in the United States legally, both questions were not answered in a manner I could understand. The driver was speaking rapidly in a low tone of voice. I informed the driver that I could not understand him with the window only rolled down a few inches and to slow his speech which he did not do. All of these behaviors are consistent with non-cooperative individuals. Furthermore, historically individuals on traffic stops will speak in a manner purposefully so you cannot understand them in hopes of being released. I advised the driver that more agents would be on scene

| Signature | Title |
| --- | --- |
| BRANDON T. PARENT | Border Patrol Agent |

**U.S. Department of Homeland Security** **Continuation Page for Form** G166C

| Alien's Name | File Number | Date |
|---|---|---|
| | Event No:[redacted] | June 16, 2025 |

shortly to assist in communication. The driver then grabbed his phone and mentioned that he was going to call someone on his cell phone.

Shortly after Border Patrol Agent (BPA) Haffley and Supervisory Border Patrol (SBPA) Agent Blaser arrived on scene. I as well as agent Haffley and agent Blaser attempted to speak with the driver to gain information and effectively conduct our immigration inspection. The driver and passenger continued to attempt to call individuals on their cell phones throughout the traffic stop refusing to effectively communicate with agents. All attempts to at gaining identification or the drivers name and date of birth failed as he refused to identify himself. I returned to my service vehicle and requested Swanton Sector dispatch to run immigration checks, warrant checks and criminal history checks on the registered owner of the vehicle believing that the driver could also be the registered owner. Agents Blaser and Haffley ordered the driver to step out of the vehicle which he also refused to comply with. Agent Blaser proceeded to use his duty issued baton to break the driver side window in order to remove the driver from the vehicle and effectively preform an immigration inspection. At this time with neither the driver or passenger answering any questions and refusing to identify themselves this was the only way to conduct the traffic stop in an effective and efficient manner. Upon being assisted from the vehicle the driver refused to speak to any agents on scene or identify himself. At this time the passenger had called an unknown individual on her cell phone still refusing to answer immigration questions. The passenger door was opened, and the passenger was assisted from the vehicle. The driver continued to attempt to walk towards the passenger after I repeatedly told him not to move from the rear of the van. The passenger also refused to speak to agents upon being removed from the van, additionally I observed the driver shaking his head at the passenger as to signal to her to not answer any questions. Both the driver and passenger were placed in handcuffs, patted down for weapons and placed in the back of marked Border Patrol units; one knife was found in the drivers front left pant pocket. Swanton Sector dispatch transmitted that the registered owner of the vehicle had an encounter at a Border Patrol checkpoint in Del Rio Texas in 2022 however Swanton Sector dispatch stated the registered owner of the vehicle had no determinable legal status in the United States. Agents Haffley and Blaser transported the two individuals back to Richford Border Patrol station for further investigation. I conducted a search of the van under the search incident to arrest warrant exception. In the vehicle I found one addition knife in the drivers side front side door pocket, four hundred and forty-eight United States dollars in the front cup holders and a rifle pellet gun in the back of the van. All items were brought back to the Richford Border Patrol station. I remained with the vehicle waiting for TDI towing to remove the vehicle from the roadway. Before TDI towing arrived on scene protestors arrived at the Richford Border Station and I was requested to return to station for crowd control. The Ford transit van was later towed by TDI towing to their vehicle lot.

| Signature | Title |
|---|---|
| BRANDON T. PARENT | Border Patrol Agent |