U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 SEP 10 P 12:43

CLERK
BY [signature]
DEPUTY CLERK

**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT**

UNITED STATES OF AMERICA, )
)
v. ) Case No. 2:26-CR-00019 - 1, 2
)
JOSE IGNACIO DE LA CRUZ DE LA ROSA, )
a/k/a "Nacho," )
ARMANDO PAULINO ESTUDILLO, and )
[redacted] )
)
)
Defendants. )

## AFFIDAVIT IN SUPPORT OF MATERIAL WITNESS WARRANT

I, David Palczewski, being first duly sworn, hereby depose and state as follows:

1. I am a Border Patrol Agent (BPA) of the United States Border Patrol (USBP), a component of Customs and Border Protection (CBP) within the Department of Homeland Security (DHS). I have been so employed since February 5, 2009. I have been assigned to the Richford, Vermont Border Patrol Station as a BPA for approximately 3 years and served as the station's prosecution agent for approximately 1 year. I was previously assigned as the Richford Station's Border Patrol Intelligence agent since February 12, 2023. I was previously assigned to the Calais, Maine Border Patrol Station as a BPA for approximately 10 years and to the Santa Teresa, New Mexico Border Patrol Station for approximately 1 year. I am currently assigned as a Task Force Officer for the Federal Bureau of Investigation in Burlington, Vermont.

2. I have been involved in the investigation of numerous cases, including the investigation of Jose De La Cruz De La Rosa, a/k/a, "Nacho," or "DE LA CRUZ," as I will refer to him in this affidavit. Accordingly, I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file; and from reports of other law

enforcement officers involved in the investigation. I submit this affidavit in support of the Government's motion for a material witness warrant, filed at ECF No. 52 in this matter.

3. Medel Hernandez De La Cruz, or "Hernandez," is a material witness in *United States v. De La Cruz De La Rosa, et al.*, No. 2:26-CR-0019. In Count 7 of the indictment in this case, the indictment alleges that two of the defendants in this matter illegally produced an identification card for "M.H.D.L.C." in violation of 18 U.S.C. § 1028. "M.H.D.L.C." is a reference to "Medel Hernandez De La Cruz."

4. Hernandez is believed to have acquired his Vermont driver's privilege card through DE LA CRUZ's coconspirator, as evidenced by text messages found on a phone seized from DE LA CRUZ on or about June 14, 2025. Those text messages also contain a photograph of a driver's privilege card bearing the name "Medel Hernandez De La Cruz."

5. On August 28, 2026, I discovered that a citizen of Mexico with the name "Medel Hernandez De la Cruz" matching the date of birth listed on the Vermont driver's privilege card referenced in Count 7 of the indictment was in Immigration and Customs Enforcement (ICE) custody at the Stewart Detention Center in Lumpkin, Georgia. The booking photograph for this individual appeared to match the photograph on the Vermont driver's privilege card referenced in Count 7 of the indictment.

6. I then learned that local law enforcement arrested Hernandez in Toccoa, Georgia, on or about August 11, 2026, following a traffic stop. *See* Ex. 1 to Gov.'s M. Material Witness Warrant, ECF No. 52-1. During this encounter, local law enforcement found controlled substances in Hernandez's vehicle and subsequently charged him with several controlled substance offenses, including at least one felony. I also learned that Hernandez presented a Vermont driver's privileged card to law enforcement when law enforcement stopped Heranndez.

7. I have reviewed a photograph of Hernandez's Vermont driver's privilege card taken by local law enforcement on or about the time of his arrest in Georgia. The Vermont driver's privilege card depicted in the Georgia photograph appears to be the same one as the Vermont driver's privilege card depicted in the photograph on DE LA CRUZ's phone. Most significantly, the driver's license number on each card appears to be the same in each photograph.

8. I have reviewed immigration records associated with Hernandez. He is a Mexican national with no legal status in the United States. Since learning that Hernandez was in ICE custody, he has been moved to the Folkston D. Ray Processing Center in Folkston, Georgia. According to records, Hernandez's next scheduled immigration hearing is September 19, 2026. Based on my experience, I believe that Hernandez may be deported at the conclusion of his immigration proceedings.

9. Accordingly, Hernandez's testimony will likely be relevant and material to any trial in this matter. Moreover, securing his deposition will preserve that testimony should he be deported following immigration proceedings.

WHEREFORE, it is respectfully requested that, pursuant to the provisions of 18 U.S.C. § 3144, Hernandez be designated a material witness whose custody is transferred to the U.S. Marshals; and it is further requested that Hernandez be treated in accordance with the provisions of 18 U.S.C. § 3142, and thereupon be detained as a material witness in the custody of the United States Marshal, until such time as his deposition may be taken.

Respectfully submitted,

______________________________

David Palczewski
Border Patrol Agent - Intelligence
U.S. Border Patrol

Subscribed and sworn to before me on this 10th day of September, 2026.

______________________________

HONORABLE CHRISTINA REISS
United States District Court Judge