U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 SEP 10 P 12:43

CLERK
BY [signature]
DEPUTY CLERK

**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT**

UNITED STATES OF AMERICA, )
)
v. ) Case No. 2:26-CR-00019-1,2
)
JOSE IGNACIO DE LA CRUZ DE LA ROSA, )
a/k/a "Nacho," )
ARMANDO PAULINO ESTUDILLO, and )
[redacted] )
)
)
Defendants. )

**ORDER OF TEMPORARY DETENTION**

The Government having shown that Medel Hernandez De La Cruz is a material witnesses in the above-captioned criminal proceeding, and it appearing that it is impracticable to secure the witness's presence by subpoena, it is hereby ORDERED that Medel Hernandez De La Cruz be detained. It is further ORDERED that this detention order shall automatically expire as to the witness when that witness signs a deposition, taken pursuant to Rule 15 of the Federal Rules of Criminal Procedure, to preserve his testimony for use at the forthcoming trial of the defendants in this matter.

Dated at Burlington, in the District of Vermont, this 10th day of September, 2026.

[signature]
HON. CHRISTINA REISS
UNITED STATES DISTRICT JUDGE