AO 443 (Rev. 11/11) Warrant for the Arrest of a Witness or Material Witness in a Pending Criminal Case

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 OCT 27 P 1:15

CLERK

BY ______
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

for the

District of Vermont

United States of America
v.
JOSE DE LA CRUZ DE LA ROSA, aka "Nacho" et al.
*Defendant*

Case No. 2:26-CR-19 - 1-2

## WARRANT FOR THE ARREST OF A WITNESS OR MATERIAL WITNESS IN A PENDING CRIMINAL CASE

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before this court *(name of person to be arrested)* Medel Hernandez De La Cruz, a person

☐ who has been served with a subpoena to appear in this case and has failed to do so.

☑ who is a material witness for which proceedings are necessary pursuant to 18 U.S.C. § 3144.

**YOU ARE FURTHER COMMANDED** to detain this witness until this court orders discharge from custody.

Date: 9/10/26

*Issuing officer's signature*

City and state: Burlington, Vermont

Hon. Christina Reiss, U.S. District Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 9/10/26, and the person was arrested on *(date)* 10/1/26 at *(city and state)* Waycross, GA.

Date: 10/27/26

*Arresting officer's signature*

Carl Sraley
*Printed name and title*