NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

United States of America

v. Case No. 2:26-cr-19-1

Jose Ignacio De La Cruz De La Rosa

TAKE NOTICE that the above-entitled case has been scheduled at 03:00 p.m. on Monday, November 23, 2026 in Burlington, Vermont, before the Honorable Christina Reiss, Chief District Judge, for continuation of a Hearing on Motion to Suppress Tangible and Digital Evidence (Doc. 49).

Location: Courtroom 510
*Continued from hearing on 10/26/2026*

JEFFREY S. EATON, Clerk
By: /s/ Lescha M. Wilder
Deputy Clerk
10/28/2026

TO:

Joshua Banker, AUSA
Matthew J. Lasher, AUSA

Alejandro Fernandez, FPD

Johanna Masse, Court Reporter

Maria Jakobeit, Spanish Interpreter