U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 NOV 17 P 4:06

CLERK
BY ________
DEPUTY CLERK

**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT**

UNITED STATES OF AMERICA )
)
v. ) Criminal No.: 2:26-CR-00019 – 1
)
JOSE IGNACIO DE LA CRUZ DE LA ROSA, )
a/k/a "Nacho," and )
[redacted] )
)
Defendants. )

ORDER

This matter comes before the Court on the unopposed motion of the United States for the temporary transfer of custody of material witness Medel Hernandez De La Cruz from the U.S. Marshals Service ("USMS") into the custody of the U.S. Border Patrol. Counsel for the material witness has advised the Assistant United States Attorney that the witness consents to this temporary transfer of custody. It is hereby ordered that custody of material witness Medel Hernandez De La Cruz shall be transferred from the USMS to the U.S. Border Patrol on November 20, 2026. Custody will be returned to the custody of the USMS on November 20, 2026.

The following conditions shall be adhered to while the defendant is in the temporary custody of the U.S. Border Patrol:

1. The witness shall be lodged during the evenings at the jail facility from which he was removed.

2. A minimum of two federal agents and/or state or local law enforcement officers shall escort the witness at all times, except during such times as the witness is meeting with counsel.

3. The witness shall not be allowed any telephone calls (except to his attorney) or visits of a personal nature.

It is further ordered that the material witness is to be returned to the custody of the USMS for continued detention pursuant to the detention order issued by the Court.

11/17/24

HONORABLE CHRISTINA REISS
United States District Judge