**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF VERMONT**

UNITED STATES OF AMERICA, )
)
v. ) Case No. 2:26-CR-00019
)
JOSE IGNACIO DE LA CRUZ DE LA ROSA, )
a/k/a "Nacho," and )
[redacted], )
[redacted] )
)
Defendants. )

**REPORT ON MATERIAL WITNESSES**

On February 19, 2026, a grand jury sitting in Burlington, Vermont, returned an indictment in this matter. *See* Second Redacted Indictment, ECF No. 20. The Second Redacted Indictment charges Jose Ignacio De La Cruz De La Rosa, a/k/a, "Nacho," and another individual with conspiracy to produce and production of identity documents and false identity documents. *See* Indictment, ECF No. 20, at Counts 4–9. Count 7, specifically, charges Jose Ignacio De La Cruz De La Rosa, a/k/a, "Nacho," and another individual with producing an identity document for "M.H.D.L.C." *Id.*

On August 28, 2026, a member of the U.S. Border Patrol learned that M.H.D.L.C, or Medel Hernandez De La Cruz, was taken into the custody of Immigration and Customs Enforcement pending removal proceedings. *See* Affidavit, ECF No. 57 at ¶ 5. The Government thereafter moved for the issuance of a material witness warrant for Medel Hernandez De La Cruz and for Medel Hernandez De La Cruz's detention pending a deposition. *See* Gov.'s Motions, ECF Nos. 52 and 53. Medel Hernandez De La Cruz then made his initial appearance in this district on November 5, 2026.

Since the last Rule 46(h) Report, dated November 6, 2026 and filed at ECF No. 75, the parties have held a deposition. The deposition occurred on November 20, 2026, at 3:30 PM at the United States Attorney's Office in Burlington, Vermont. The Government anticipates having a copy of the

deposition's transcript early next week. Further, the Government will present that transcript for Mr. Medel Hernandez De La Cruz's signature upon receiving it.

Once Mr. Medel Hernandez De La Cruz signs this transcript, the Government will notify the Court and move to discharge the witness from the Court's detention order. *See* Fed. R. Crim. P. 15(a)(2).

Dated at Burlington, in the District of Vermont, November 20, 2026.

Respectfully submitted,

UNITED STATES OF AMERICA

JONATHAN A. OPHARDT
First Assistant United States Attorney

By: *<u>/s/ Joshua L. Banker</u>*

Joshua L. Banker
Matthew J. Lasher
Assistant U.S. Attorneys
Burlington, VT 05402-0570
(802) 951-6725
joshua.banker@usdoj.gov
matthew.lasher@usdoj.gov